FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Jan 17, 2025, 3:55 pm (ea)
Lucy H.Carrillo, Clerk of Court

CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

GREGG PARIS YATES #8225
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii ,96850
Telephone:  (808) 541-2850
Emails:      Gregg.Yates@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | MAG. NO. 25-00033 RT |
| | ) | |
| vs. | ) | |
| | ) | CRIMINAL COMPLAINT |
| RAFAEL ANTONIO RON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

CRIMINAL COMPLAINT

I, the undersigned complaint, being duly sworn, state the following is true

and correct to the best of my knowledge and belief.

## Possession with Intent to Distribute Methamphetamine
(21 U.S.C. §§ 841(a)(1) and (b)(1)(A))

On or about January 17, 2025, within the District of Hawaii, RAFAEL ANTONIO RON, the defendant, did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

2

I further state that I am a Special Agent with the Drug Enforcement Administration, and that this Complaint is based upon the facts set forth in the following affidavit, which is attached hereto and made part of this Complaint by reference.

Wesley F. Monaco
Special Agent
Drug Enforcement Administration

Sworn to under oath before me telephonically, and attestation acknowledged pursuant to FRCP 4.1(b)(2), this 17th day of January, 2025.



Rom A. Trader
United States Magistrate Judge

3

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn telephonically, state the following is true and correct to the best of my knowledge and belief:

## INTRODUCTION

This affidavit is submitted for the purpose of establishing probable cause that on or about January 17, 2025, within the District of Hawaii, RAFAEL ANTONIO RON, the defendant, possessed, with the intent to distribute, a controlled substance—specifically, 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine—in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## BACKGROUND

I am a Special Agent with the Drug Enforcement Administration ("DEA") and have been since December 2023. As a Special Agent with the DEA, my duties include the investigation of violations of federal laws concerning the transportation, importation, manufacture, possession, and distribution of controlled substances.

I completed 17 weeks of Federal Law Enforcement Training, graduating from the DEA Basic Agent Training Program in December 2023, with training in legal, tactical, and investigative skills. Before joining the DEA, I earned a B.A. in Political Science from St. Michael's College and an M.A. in Business and

4

Organizational Security Management from Webster University.  I also served 12 years as a U.S. Army Military Police Officer, with roles in command, investigation, and law enforcement.

My experience includes surveillance, interviews, undercover operations, and drug evidence seizures, all of which form the basis for my conclusions below. Through my own investigations and collaboration with other law enforcement officers in Hawaii, I have become well-versed in the patterns and tactics used by drug traffickers in Hawaii, and have extensive involvement in methamphetamine cases in Hawaii.  I am also familiar with the use of firearms in drug trafficking, including how drug traffickers frequently use firearms to protect drugs and drug proceeds, enforce territory, and intimidate rivals and customers.

This affidavit is intended to show merely that there is sufficient probable cause for the specified violations of federal law and does not set forth all of my knowledge about this matter.

## PROBABLE CAUSE

In or about June 2023, the DEA and the Federal Bureau of Investigation (FBI) on Maui, Hawaii, began an investigation into a drug trafficking organization operating between California and Hawaii.  In July 2023, DEA and FBI investigators identified and arrested several members of this organization for drug possession and drug distribution activities.  RAFAEL ANTONIO RON ("RON")

was among those arrested for suspected drug possession and distribution activities, but he was subsequently released. Following RON's release, however, the DEA continued to investigate RON for his suspected narcotics trafficking and distribution activates between California and Hawaii.

On January 16, 2025, credible sources informed DEA investigators that RON was traveling that day on UA flight number 1170 ("Flight UA 1170"), which was departing from the Los Angeles International Airport ("LAX") and was bound for the Honolulu International Airport ("HNL"). DEA investigators conducted surveillance at LAX and observed RON board Flight UA 1170. Moreover, DEA investigators verified with United Airlines that RON did not surrender any check-in luggage for Flight UA 1170.

In anticipation of Flight UA 1170's arrival, DEA investigators then established surveillance at HNL. The investigators observed Flight UA 1170 arrive at the airport gate. Minutes later, DEA investigators observed RON exit the aircraft and walk to Flight UA 1170's assigned baggage carousel, number 31. At the carousel 31, RON removed a large blue rolling suitcase from the carousel and walked out of the baggage claim area to the ride-share pickup area. Because RON had not checked in any luggage on Flight UA 1170, the investigators concluded that the blue suitcase had not been in RON's possession before he picked it up. Moreover, investigators confirmed with United Airlines that the aforementioned

6

blue suitcase was tagged to a different passenger on the flight manifest. This passenger made a reservation for the flight, checked in for the flight, and checked the blue suitcase in at the airport, but did not board the aircraft.

A short time thereafter, DEA investigators observed RON place the blue suitcase into the trunk of a rideshare vehicle, identified as a blue 2019 Hyundai, and then get into the backseat. The Hyundai then left the airport, and DEA investigators commenced mobile surveillance.

At approximately 12:38 a.m., DEA Task Force Officers from the State of Hawaii Sheriff's Department who were following RON's Hyundai observed it cross a solid white line in violation of Hawaii Revised Statute Section 291C-38. The officers then initiated a traffic stop of the Hyundai and approached the vehicle and removed RON and the driver from it for their safety. Within approximately three minutes of the stop's initiation, a drug-detection canine arrived at the scene to execute a canine sniff inspection of the vehicle for the odor of controlled substances. During the inspection, a trained canine officer walked the drug-detection canine around the Hyundai and the canine immediately alerted to the presence of controlled substances in the vicinity of the rear trunk of the Hyundai.

As a result of the positive alert, DEA investigators conducted a search of the vehicle. Located in the trunk was the blue suitcase that RON picked up and placed there. Investigators searched the blue suitcase and discovered

7

approximately 26 pounds of a crystalline substance that field-tested positive for methamphetamine. The investigators then arrested RON for a violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) (Possession with Intent to Distribute Methamphetamine).

//

//

//

//

//

//

//

//

//

//

//

//

//

//

8

## CONCLUSION

Based on the foregoing, I believe there is probable cause to arrest RAFAEL ANTONIO RON for possession with intent to distribute a controlled substance—specifically, 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine—in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

DATED: Honolulu, Hawaii, January 17, 2025.

Respectfully submitted,

Wesley F. Monaco
Special Agent
Drug Enforcement Administration

This Criminal Complaint and Affidavit in support thereof were presented to, approved by, and probable cause to believe that the defendant above-named committed the charged crime(s) found to exist by the undersigned Judicial Officer at 3:09 p.m. on January 17, 2025., at Honolulu, Hawaii.

Sworn to under oath before me telephonically, and attestation acknowledged pursuant to Fed. R. Crim. P. 4.1(b)(2), this 17th day of January, 2025, at Honolulu, Hawaii.



Rom A. Trader
United States Magistrate Judge

9